AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

| | Received |
|---|---|
| | U.S. Marshals Service |
| | Southern District of Iowa |
| | 11:02 am, Nov 19 2025 |

United States of America
v.

Robert Eugene Glassgow

_____
Defendant

)
)
)
)
)
)
)

Case No.    1:10-cr-00038-RGE-HCA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Robert Eugene Glassgow                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release (ECF No. 212)

WARRANT ISSUED

CHANDLOR G. COLLINS, Clerk

Date:    11/19/2025

By: *Kandy Sands*
DEPUTY CLERK

City and state:    Council Bluffs, Iowa

Rebecca Goodgame Ebinger, U.S. District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  11-19-2025        , and the person was arrested on *(date)*  01-23-2026
at *(city and state)*   Montgomery County, IA        .

Date: 01-26-2026

*Arresting officer's signature*

David Hubbell, Deputy U.S. Marshal
*Printed name and title*